UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GORDON OPPENHEIMER,

                          Plaintiff,

   – against –

RUKKUS, INC,

                          Defendant.

Case No. 1:16-cv-6443(VM)

**STIPULATION OF VOLUNTARY DISMISSAL**

The undersigned hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that this action be and hereby is dismissed with prejudice.

Dated: New York, New York
       January 13, 2017

| LAW OFFICE OF ARIEL BERSCHADSKY | RYDER, LU, MAZZEO & KONIECZNY, LLC |
|---|---|
| By: *Ariel Berschadsky* <br> Ariel Berschadsky | By: *Frank Mazzeo* <br> Frank Mazzeo |
| 30 Wall Street, 8th Floor <br> New York, NY 10005 <br> (212) 372-3322 <br> ab@berschadsky.com <br> *Attorney for Plaintiff* | 808 Bethlehem Pike, Suite 200 <br> Colmar, PA 18915 <br> (215) 997-0248 <br> fmazzeo@ryderlu.com <br> *Attorneys for Defendant* |