USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GORDON OPPENHEIMER,

                Plaintiff,

– against –

RUKKUS, INC.

                Defendant.

Case No. 1:16-cv-6443(VM)

**STIPULATION OF VOLUNTARY DISMISSAL**

The undersigned hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that this action be and hereby is dismissed with prejudice.

Dated: New York, New York
January 13, 2017

| LAW OFFICE OF ARIEL BERSCHADSKY | RYDER, LU, MAZZEO & KONIECZNY, LLC |
|---|---|
| By: *Ariel Berschadsky*<br>Ariel Berschadsky | By: _____<br>Frank Mazzeo |
| 30 Wall Street, 8th Floor<br>New York, NY 10005<br>(212) 372-3322<br>ab@berschadsky.com<br>*Attorney for Plaintiff* | 808 Bethlehem Pike, Suite 200<br>Colmar, PA 18915<br>(215) 997-0248<br>fmazzeo@ryderlu.com<br>*Attorneys for Defendant* |

SO ORDERED.

1-19-17
DATE      VICTOR MARRERO, U.S.D.J.